IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 0 4 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

MATTHEW REED,

    Plaintiff,

v.

BEKO TECHNOLOGIES CORP.,

    Defendant.

CIVIL ACTION FILE
NO. 1:21-cv-03563-WMR

## JURY VERDICT

Do you find from a preponderance of the evidence:

1. That Matthew Reed engaged in a protected activity?

Answer Yes or No __YES__

**If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of the verdict form.**

If your answer is "Yes," go to the next question.

2. That BEKO took an adverse employment action against Matthew Reed?

Answer Yes or No __YES__

**If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of the verdict form.**

If your answer is "Yes," go to the next question.

3. That BEKO took an adverse employment action because of Matthew Reed's protected activity?

Answer Yes or No __YES__

**If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of the verdict form.**

If your answer is "Yes," go to the next question.

4. That Matthew Reed suffered damages because of the adverse employment action?

Answer Yes or No __YES__

**If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of the verdict form.**

If your answer is "Yes," go to the next questions.

5. We award damages of $ __84,724.46__ .

6. Do you find from a preponderance of the evidence that BEKO acted with malice or reckless indifference to Matthew Reed's federally protected rights such that punitive damages should be assessed?

Answer Yes or No __YES__

If your answer is "Yes," in what amount? $ __450,000.00__

**SO SAY WE ALL.**

__Michael William__
**Foreperson's Signature**
DATE: __June 4TH, 2024__