# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW REED, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE<br>NO. 1:21-cv-03563-WMR |
| BEKO TECHNOLOGIES CORP., | |
| Defendant. | |

## JUDGMENT

The jury having returned its verdict in favor of Plaintiff on his claims in this case, the Court hereby enters Judgment in favor of the Plaintiff in the amounts of $84,724.46 as compensatory damages and $450,000 as punitive damages. Accordingly, the Court hereby enters JUDGMENT in favor of the Plaintiff in the total amount of $**534,724.46**.

**IT IS SO ORDERED**, this 5th day of June, 2024.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE